UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

BARRY FORBES,

    Plaintiff,

v.

SWISSPORT USA, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Swissport USA, Inc. (hereinafter "Defendant"), by and through its undersigned attorney, hereby gives notice that the civil action currently pending in the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida, identified as *Barry Forbes v. Swissport USA, Inc.*, Case No. 2019-18501-CA-01, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

    1.    Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit A.

    2.    The Complaint in the above action was filed on June 20, 2019. Defendant received service of the Summons and Complaint on June 28, 2019. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

    3.    Removal of this action is proper under 28 U.S.C. §1441, the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United

5900464v.1

States have original jurisdiction because Plaintiff has alleged a violation of federal law in his Complaint. Plaintiff has pled that Defendant failed to properly compensate him for all hours worked and retaliated against him for complaining of the same in violation of 29 U.S.C. § 216(b).

4. Because this Court has original jurisdiction over this action under 28 U.S.C. § 1331, this case is properly removable pursuant to 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon attorney for Plaintiff Monica Espino, Espino Law, 2655 S. Le Jeune Rd., Ste. 802 Coral Gables, FL 33134.

6. Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for Miami-Dade County, Florida be removed to the United States District Court for the Southern District of Florida.

/s/Angelique Groza Lyons
Angelique Groza Lyons, Esq., Fla. Bar No. 118801
alyons@constangy.com
Secondary Email: tampa@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
(813) 223-7166 / Fax:  (813) 223-2515
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Angelique Groza Lyons<br>Attorney

**SERVICE LIST**
**FORBES V. SWISSPORT USA, INC.**
**CASE NO.:**

Monica Espino, Esq.
ESPINO LAW
2655 S. Le Jeune Rd., Ste. 802
Coral Gables, FL 33134
me@espino-law.com
legal@espino-law.com
(305) 704-3172 / fax (305) 722-7378
Attorney for Plaintiff
Served via e-mail