Filing # 91637030 E-Filed 06/25/2019 01:47:57 PM

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

BARRY FORBES

    Plaintiff,

v.

SWISSPORT USA, Inc.,
a Florida corporation,

    Defendant.
_____/

GENERAL JURISDICTION DIVISION

CASE NO.: 2019-18501-CA-01

JE258
JUN 2 8 2019
1:30 Pm

## SUMMONS

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

SWISSPORT USA, INC
C/O ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

    A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the

Exhibit "A"

Plaintiff's Attorney's named below:

              By: /s/ Monica Espino
              Monica Espino, Esq.
              Florida Bar No. 834491
              Espino Law
              2655 S. Le Jeune Road, Suite 802
              Coral Gables, FL 33134
              Tel.: 305.704.3172
              Fax: 305.722.7378
              Email: me@espino-law.com
              Secondary: legal@espino-law.com
              *Co-Counsel for Plaintiff*

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE:** **You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.**

    **DATED ON**   6/26/2019  , 2019.

            Clerk of said Court

          By: _____
            Deputy Clerk

Filing # 91390557 E-Filed 06/20/2019 09:45:23 AM

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>BARRY FORBES</u>
Plaintiff
          vs.
<u>SWISSPORT USA, INC</u>
Defendant

II. **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

<u>3</u>

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Monica Espino Esq</u>     FL Bar No.: <u>834491</u>
Attorney or party                                                         (Bar number, if attorney)

<u>Monica Espino Esq     06/20/2019</u>
(Type or print name)                                                   Date

Filing # 91390557 E-Filed 06/20/2019 09:45:23 AM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
| BARRY FORBES | GENERAL JURISDICTION DIVISION |
| Plaintiff, | CASE NO.: |
| v. | |
| SWISSPORT USA, Inc., a Florida corporation, | |
| Defendant. _____/ | |

## COMPLAINT

Plaintiff, Barry Forbes ("Forbes"), under the provisions of the Fair Labor Standards Act ("FLSA") of 1938, as amended, 29 U.S.C. § 216(b), files this Complaint against Defendant, Swissport USA, Inc. ("Swissport USA"), and alleges, as follows:

### PARTIES, JURISDITION, AND VENUE

1. This is an action for damages, in which the amount in controversy is in excess of Fifteen Thousand and No/100 ($15,000) Dollars, exclusive of interest, court costs, and attorney's fees.

2. Swissport USA is a Florida corporation, authorized to conduct and conducting business in Miami-Dade County, Florida.

3. Venue is proper in this Court as the cause of action accrued in and the parties are located in Miami-Dade County, Florida.

### GENERAL ALLEGATIONS

4. Upon information and belief, Defendant employed Plaintiff from approximately April 2017 through January 2019 ("the relevant time period").

5. During the relevant time period, Plaintiff was employed as a non-exempt ramp agent earning an average of $16.25 per hour.

6. At all material times, Swissport USA's gross annual revenues were in excess of $500,000.00.

7. Throughout his employment with Defendant, Plaintiff routinely worked over forty (40) hours each week, an average of 45-48 hours per week.

8. However, Swissport USA routinely edited Plaintiff's time records by reducing one (1) hour each day and attributing it to his lunch break, even though Plaintiff did not take lunch breaks and remained on duty during this time.

9. Notwithstanding, Swissport USA willfully and intentionally failed/refused to pay to Plaintiff the wages he worked for.

10. Swissport USA knew of the wage requirements of the FLSA.

11. Eventually, Plaintiff realized that Swissport USA had been unlawfully docking several hours from his paychecks.

12. On or about November 2, 2018, Plaintiff reported the unlawful wage theft to Swissport USA.

13. Instead of addressing and resolving Plaintiff's complaint, Swissport USA harassed, coerced, and eventually terminated him on January 22, 2019, in retaliation for his complaint of unlawful FLSA violations.

14. To date, Swissport USA has failed/refused to pay to Plaintiff his rightfully earned wages, in violation of local, state, and federal laws, and subsequently terminated him in retaliation for his complaint of Swissport USA's unlawful conduct in violation of the FLSA.

15. As a result, Plaintiff has suffered damages and is entitled to receive unpaid wage compensation, as well as compensation for his losses, damages, penalties, and attorney's fees.

16. Plaintiff has complied with all conditions precedent to filing this action.

17. Plaintiff has retained the law offices of the undersigned attorney to represent him in this action and is obligated to pay a reasonable attorney's fee.

### PRE-SUIT DEMAND

18. On March 12, 2019, Plaintiff through undersigned counsel, sent to Defendant a pre-suit demand regarding the FLSA violations. The pre-suit demand requested the Defendant to pay unpaid wages and damages to Plaintiff, but Swissport USA failed/refused to do so.

### COUNT I
### OVERTIME VIOLATION (FLSA)

19. Plaintiff re-alleges the allegations in paragraphs one (1) through eighteen (18) above.

20. Plaintiff routinely worked in excess of forty (40) hours per week for Swissport USA. Specifically, Plaintiff worked an average of 45-48 hours per week.

21. Plaintiff was a non-exempt hourly employee, entitled to be compensated at the rate of one and one-half his regular rate for all hours worked in excess of forth (40) hours per week.

22. Defendant knew or should have known that Plaintiff suffered or was permitted to work overtime for Swissport USA as defined in 29 U.S.C. § 203(g).

23. Defendant failed and/or refused to compensate Plaintiff for such work in excess of forty (40) hours at rates no less than one and one-half times the regular rate, for which he was employed, contrary to the provisions of 29 U.S.C. § 207(a).

24. At all material times, Defendant knew or should have known that such refusal and/or failure is prohibited by the FLSA.

25. Notwithstanding, Swissport USA intentionally and willfully violated the FLSA, as cited herein.

26. As a result, Plaintiff has been damaged and is entitled to be compensated for his loss.

## COUNT II
## WAGE THEFT (FLSA)

27. Plaintiff re-alleges the allegations in paragraphs one (1) through eighteen (18) above.

28. Swissport USA unlawfully docked several hours from Plaintiff's paychecks on a routine basis. Specifically, Swissport USA routinely edited Plaintiff's time records by reducing one (1) hour each day and attributing it to his lunch time, even though he did not take lunch breaks and remained on duty during this time.

29. As a result, Plaintiff is entitled to the wages unlawfully taken from him.

## COUNT III
## RETALIATION (FLSA)

30. Plaintiff re-alleges the allegations in paragraphs one (1) through eighteen (18) above.

31. Swissport USA unlawfully retaliated based on Plaintiff's lawful opposition to Swissport USA's unlawful employment practices. Specifically, Swissport USA retaliated in response to Plaintiff's report of unlawful wage theft, in violation of § 215(a)(3) of the FLSA.

32. Swissport USA unlawfully docked several hours from Plaintiff's paychecks on a routine basis. Plaintiff reported the unlawful wage theft to Swissport USA.

33. Subsequently, Swissport USA, terminated Plaintiff's employment on or about January 22, 2019, in retaliation for his complaint of Swissport USA's unlawful conduct, in violation of § 215(a)(3) of the FLSA.

34. As a result, Plaintiff has suffered damages and is entitled to be compensated for his losses, damages, penalties, and attorney's fees.

## DEMAND FOR JURY TRIAL

35. Plaintiff hereby demands a jury trial of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Barry Forbes, respectfully requests that judgment be entered in his favor against Defendant, Swissport USA, as follows:

(a) Declaring that the acts of Defendant complained of herein are in violation of the FLSA;

(b) Awarding Plaintiff liquidated damages;

(c) Awarding Plaintiff reasonable attorney's fees, costs, interest, and expenses of this litigation pursuant to 29 U.S.C. § 216(b);

(d) Ordering any further relief that this Court may deem just and proper.

Respectfully submitted this 20th day of June 2019.

By: /s/ Monica Espino
Monica Espino, Esq.
Florida Bar No. 834491
Espino Law
2655 S. Le Jeune Road
Suite 802
Coral Gables, FL 33134
Tel: 305.704.3172
Fax: 305.722.7378
Email: me@espino-law.com
Secondary: legal@espino-law.com
*Counsel for Plaintiff*